```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  Nevada Bar Number 2137
    MICHAEL A. HUMPHREYS
 3  Assistant United States Attorney
    Lloyd D. George United States Courthouse
 4  333 Las Vegas Boulevard South, Suite 5000
    Las Vegas, Nevada 89101
 5  Telephone: (702) 388-6336
    Facsimile: (702) 388-6787
 6  Counsel for the United States of America
```

               **UNITED STATES DISTRICT COURT**

                      **DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CV-1025-RCJ-(PAL) |
| ) | |
| $40,162.00 IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO STRIKE PART OF THE NOTICE OF ELECTRONIC FILING IN ECF NO. 7, REQUIRING DISCOVERY PLAN/SCHEDULING ORDER BY 10/19/2012**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Honorable Court for an Order striking part of the Notice of Electronic Filing in ECF No. 7, requiring "Discovery Plan/Scheduling Order due by 10/19/2012". First Answer to Complaint (ECF No. 1) in Forfeiture, ECF No. 7.

The basis is as follows. Fed. R. Civ. P. 16(b) authorizes exemption of Discovery Plan/Scheduling Order under local rules. A civil forfeiture in rem action is exempt from a Discovery Plan/Scheduling Order under LR 16-1.

. . .

1       On October 12, 2012, the United States contacted Gabriel Grasso, attorney for Justin

2 Swart.  He agrees with and joins in this Motion.  This Motion is not submitted solely for the

3 purpose of delay or for any other improper purpose.

4       DATED this 12th day of October, 2012.

5       DANIEL G. BOGDEN
      United States Attorney

7       /s/Michael A. Humphreys
      MICHAEL A. HUMPHREYS
8       Assistant United States Attorney

11       IT IS SO ORDERED:

13       UNITED STATES OCI KVTCVG JUDGE

14       DATED: October 15, 2012