UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>$40,162.00 IN U.S. CURRENCY,<br><br>　　　　　　　　　　Defendant. | Case No. 2:12-cv-01025-JAD-PAL<br><br>REPORT OF FINDINGS AND RECOMMENDATION |
|---|---|

　　　This matter is before the court on Claimant Justin Swartz's failure to comply with this court's Order (Dkt. #14) and Order to Show Cause (Dkt. #16).

　　　On October 23, 2013, the court granted attorney Gabriel Grasso's motion to withdraw as counsel of record and gave Mr. Swartz until November 22, 2013, in which to retain counsel or file a notice with the court that he would appear in this matter pro se. *See* Order (Dkt. #14). The Order directed the Clerk of the Court to serve Mr. Swartz with a copy of the order at his last known address provided by his former counsel, and advised Swartz that his failure to timely comply with the order may result in a recommendation to the district judge for sanctions, including the case-dispositive sanction of striking Swartz's Answer (Dkt. #7). Swartz failed to either retain counsel or file a notice with the court that he would appear in this matter pro se and did not request an extension of time in which to comply with the court's Order.

　　　On March 17, 2014, the court entered an Order to Show Cause (Dkt. #16) based on Swartz's failure to comply with the court's previous Order. The court directed Swartz to show cause in writing no later than April 14, 2014, why he had not complied with the court's Order. Swartz has failed to file a response to the Order to Show Cause, and he has not requested an extension of time in which to do so. Swartz's willful failure to comply with the court's Orders is an abusive litigation practice that has interfered with the court's ability to hear this case, delayed

litigation, disrupted the court's timely management of its docket, wasted judicial resources, and threatened the integrity of the court's orders and the orderly administration of justice. Sanctions less drastic than striking Swartz's Answer are unavailable because Swartz has wilfully refused to comply with multiple court Orders and the Local Rules of Practice.

Accordingly,

**IT IS RECOMMENDED** that Claimant Justin Swartz's Answer (Dkt. #7) be STRICKEN unless Swartz either retains counsel or files a notice that he will proceed pro se on or before **May 22, 2014**.

Dated this 22nd day of April, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

## NOTICE

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court. Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within fourteen days of the date of service of the findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.