# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No.: 2:12-cv-01025-JAD-PAL |
|---|---|
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation [Doc. 18] and Granting Motions to Strike [Docs. 13, 17]** |
| $40,162.00 in U.S. Currency, | |
| Defendant | |

Magistrate Judge Peggy Leen entered a report and recommendation on April 25, 2014, recommending that claimant Justin Swartz's answer be stricken unless Swartz either retained counsel or filed notice that he would proceed pro se by May 22, 2014. Doc. 18. Swartz failed to respond in any way to Judge Leen's order—just as he previously failed to comply with Judge Leen's October 23, 2013, order and her March 17, 2014, order to show cause. *See* Docs. 15, 16, 18.

Objections to the report and recommendation were due May 9, 2014. Swartz has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

. . .

. . .

. . .

1

Accordingly, and with good cause appearing,

**IT IS HEREBY ORDERED** that Magistrate Judge Leen's report and recommendation **[Doc. 18] is ADOPTED**.

**IT IS FURTHER ORDERED** that the United States's motion to strike answer **[Doc. 13]** and renewed motion to strike answer **[Doc. 17] are GRANTED.**

DATED June 4, 2014.

                                                                                                              _____
Jennifer A. Dorsey
United States District Judge